OSCN Found Document:IN THE MATTER OF THE SUSPENSION OF MEMBERS OF THE OBA

 

 
 IN THE MATTER OF THE SUSPENSION OF MEMBERS OF THE OBA2026 OK 42Decided: 06/02/2026SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2026 OK 42, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

IN THE MATTER OF THE SUSPENSION OF MEMBERS OF THE OKLAHOMA BAR ASSOCIATION FOR NONCOMPLIANCE WITH MANDATORY CONTINUING LEGAL FOR PUBLICATION IN EDUCATION REQUIREMENTS FOR THE YEAR 2025

ORDER OF SUSPENSION FOR FAILURE TO COMPLY WITH THE
RULES FOR MANDATORY CONTINUING LEGAL EDUCATION

 

On May 26, 2026 the Board of Governors of the Oklahoma Bar Association filed an Application for the suspension of Oklahoma Bar Association members who failed to comply with mandatory legal education requirements for the year 2025 as required by Rules 3 and 5 of the Rules for Mandatory Continuing Legal Education (MCLE Rules), 5 O.S. 2011, ch. 1, app. 1-B. The Board of Governors recommended the members, whose names appear on Exhibit A attached to the Application, be suspended from membership in the Oklahoma Bar Association and prohibited from the practice of law in the State of Oklahoma, as provided by Rule 6 of the MCLE Rules.

This Court finds that on March 16, 2026, the Executive Director of the Oklahoma Bar Association mailed, by certified mail, to all Oklahoma Bar Association members not in compliance with Rules 3 and 5 of the MCLE Rules, an Order to Show Cause within sixty days why the member's membership in the Oklahoma Bar Association should not be suspended. The Board of Governors determined that the Oklahoma Bar Association members named on Exhibit A of its Application have not shown good cause why the member's membership should not be suspended.

This Court, having considered the Application of the Board of Governors of the Oklahoma Bar Association, finds that each of the Oklahoma Bar Association members named on Exhibit A, attached hereto, should be suspended from Oklahoma Bar Association membership and shall not practice law in this state until reinstated.

IT IS THEREFORE ORDERED that the attorneys named on Exhibit A, attached hereto, are hereby suspended from membership in the Association and prohibited from the practice of law in the State of Oklahoma for failure to comply with the MCLE Rules for the year 2025.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THE 1ST DAY OF JUNE, 2026.

 

                                                                                                                               /s/_____________________________________
                                                                                                                                  CHIEF JUSTICE

 

 

Exhibit "A"
Suspension for Noncompliance with MCLE Requirements for the Year 2025

 

OBA # 19301                                                                              OBA # 16942
Ginger D. Adair                                                                           Mark Thomas Hamby
PO Box 64                                                                                   8404 S Toledo Ave
Edmond, OK 73083-0064                                                           Tulsa, OK 74137-1845

OBA # 30192                                                                               OBA # 36139
Elise Schuller Barajas                                                                  Candace Michell Hamilton
2850 N. Harwood St., Suite 1100                                                1812 N. Desert Palm Ave.
Dallas, TX 75201                                                                         Tulsa, OK 74012

OBA # 36351                                                                               OBA # 21212
Trevor James Beaty                                                                     Brady Ross Henderson
1800 Teague Dr. Ste. 500                                                           1009 W Glen Oaks Ln, Ste 109
Sherman, TX 75090                                                                     Mequon, WI 53092

OBA # 1066                                                                                 OBA # 20782
Douglas Alan Branch                                                                   Gregory William Milstead
131 Dean A McGee Ave                                                              517 Wintson Dr.
Oklahoma City, OK 73102-6418                                                  Norman, OK 73072

OBA # 21952                                                                               OBA # 36220
Eric John Cook                                                                            Jessamine Brooke Nazari
1584 Bison Rd, Apt 1221                                                            35 N Bedford Ave
Bartlesville, OK 74006                                                                 Castle Rock, CO 80104

OBA # 33879                                                                               OBA # 35523
David Dwayne English                                                                 Rachel Hurt O'Donnell
106 S. Okmulgee Ave.                                                                 8707 S Phoenix PL
Okmulgee, OK 74447                                                                  Tulsa, OK 74132-5606

OBA # 34838                                                                               OBA # 11258
Shane Christopher Fletcher                                                         Cathy Cheney Olaniyan
PO Box 98                                                                                    222 N Detroit Ave.
Mounds, OK 74047-0098                                                             Helmerich & Payne Inc
                                                                                                     Tulsa, OK 74120

OBA # 30085                                                                               OBA # 10923
Grant Chase Garrard                                                                   Babette Patton
1797 Dexter St                                                                             P.O. Box 18272
Broomfield, CO 80020-2514                                                        Oklahoma City, OK 73154

OBA # 12166
William C Sellers, Jr.
PO Box 1305
Sapulpa, OK 74067-1305

OBA # 12479
Janice Kay Skimbo
1412 SE Cravens Rd
Wilburton, OK 74578-5545

OBA # 33615
David Phillip Spielman
1116 Abigail Ct
Edmond, OK 73003-5789

OBA # 8538
Daniel Paul Stake
2145 Watermark Blvd., Apt. 141
Oklahoma City, OK 73134

OBA # 20874
Thomas Lee Tucker
13501 Brandon Pl.
Oklahoma City, OK 73142

OBA # 34878
Thomas Jefferson Watts
105 E Main ST
Stigler, OK 74462-2427

OBA # 35831
Aja Zhane Winslow
3104 Wilson St
Monroe, LA 71202-5446